Herbert M. WOOLF et al., Petitioners, v. Honorable Albert L. REEVES, Judge of the U. S. District Court, etc., et al.

No. 377, Original.

Circuit Court of Appeals, Eighth Circuit.

Oct. 15, 1934.

See, also, 65 F.(2d) 80.

Arthur Miller, David L. Sheffrey, and William G. Boatright, all of Kansas City, Mo., for petitioners.

Henry A. Bundschu, Elliott H. Jones, and Samuel W. Sawyer, all of Kansas City, Mo., for respondents.

PER CURIAM.

Order: Proceedings ended in this court without costs' to either party in this court, on waiver of petitioners of right to rule to show cause and motion that proceedings be ended.